No. 817.  RUCKER *v.* RAGEN, WARDEN;
No. 828.  WILLIAMS *v.* RAGEN, WARDEN; and
No. 830.  NITTI *v.* RAGEN, WARDEN.  January 13, 1947.
Petitions for writs of certiorari to the Criminal Court of
Cook County, Illinois, denied.

---

No. 435.  DICKHEISER ET AL. *v.* PENNSYLVANIA RAIL-
ROAD CO. ET AL.  January 20, 1947.  Petition for writ of
certiorari to the Circuit Court of Appeals for the Third
Circuit denied.  *Archibald Palmer* for petitioners.  *John
Dickinson* and *John B. Prizer* for respondents.

---

No. 595.  PERRINE ET AL. *v.* PENNROAD CORPORATION
ET AL.  January 20, 1947.  Petition for writ of certiorari
to the Supreme Court of Delaware denied.  *Joseph B.
Keenan, Leo Brady* and *Robert T. Murphy* for petitioners.
*Gordon A. Block* for the Pennroad Corporation, respond-
ent.

---

No. 603.  FELDMAN *v.* PENNROAD CORPORATION.  Janu-
ary 20, 1947.  Petition for writ of certiorari to the Circuit
Court of Appeals for the Third Circuit denied.  *Leo
Brady* and *Mortimer S. Gordon* for petitioner.  *Gordon
A. Block* for respondent.

---

No. 662.  LEE *v.* ALABAMA.  January 20, 1947.  Peti-
tion for writ of certiorari to the Supreme Court of Alabama
denied.  *Samuel M. Johnston* for petitioner.  *William N.
McQueen,* Attorney General of Alabama, and *John O.*

*Harris,* Assistant Attorney General, for respondent.

No. 746. CORBITT COMPANY *v.* UNITED STATES. January 20, 1947. Petition for writ of certiorari to the Court of Claims denied. *Claude M. Houchins* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States.

No. 747. JACKSON *v.* CARTER OIL CO. ET AL. January 20, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Finis E. Riddle* and *Joseph T. Dickerson* for petitioner. *L. G. Owen, Forrest M. Darrough, W. T. Anglin* and *W. M. Haulsee* for respondents.

No. 764. INTERSTATE HOTEL CO. *v.* REMICK MUSIC CORP.;
No. 765. PEONY PARK, INC. *v.* M. WITMARK & SONS;
No. 766. FOX *v.* CHAPPELL & CO., INC.; and
No. 767. INTERSTATE HOTEL CO. *v.* KERN ET AL. January 20, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William J. Hotz* for petitioners. *Ralph E. Svoboda* for respondents. Reported below: 157 F. 2d 744.

No. 771. VANCE *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. January 20, 1947. Peti-